UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------x

NORBERTO VEGA, on behalf of himself and all others similarly
situated

                                      Plaintiff,

                -v.-

Skin Supply USA, INC.,

                                   Defendants.

------------------------------------------------------------------------x

Civil Action No:
2:24-cv-9558

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

        IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: November 10, 2025

                                               Respectfully Submitted,

                                             */s/Rami Salim*
                                             Rami Salim
                                             **Stein Saks, PLLC**
                                             One University Plaza, Suite 620
                                           Hackensack, NJ 07601
                                           rsalim@steinsakslegal.com
                                         Tel. 201-282-6500
                                         Fax 201-282-6501
                                         *Attorneys for Plaintiff*

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:    12/4/2025